**COMMONWEALTH of Pennsylvania,**
**Respondent**

v.

**Omar Rashad HOOKS, Petitioner**

**No. 413 MAL 2016**

Supreme Court of Pennsylvania.

September 6, 2017

## ORDER

PER CURIAM

**AND NOW**, this 6th day of September, 2017, the Petition for Allowance of Appeal is **DENIED**.

■

**COMMONWEALTH of Pennsylvania,**
**Respondent**

v.

**Dustin Andrew SCOTT, Petitioner**

**No. 251 MAL 2017**

Supreme Court of Pennsylvania.

September 6, 2017

## ORDER

PER CURIAM

**AND NOW**, this 6th day of September, 2017, the Petition for Allowance of Appeal is **DENIED**.